# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| RACHEL C. EDDLEMAN, D.V.M., and EDDLEMAN PROPERTY MANAGEMENT, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> PETVET CARE CENTERS (GEORGIA), LLC d/b/a MT. YONAH ANIMAL HOSPITAL, <br><br> Defendant. | Civil Action <br> File No. 2:23-CV-0078-RWS |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Defendant PetVet Care Centers (Georgia), LLC d/b/a Mt. Yonah Animal Hospital ("Defendant") files this Certificate of Interested Persons and Corporate Disclosure Statement under Fed. R. Civ. P. 7.1 and L.R. 3.3 and states as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Plaintiffs**: Rachel C. Eddleman, D.V.M. and Eddleman Property Management, LLC

**Defendant**: PetVet Care Centers (Georgia), LLC d/b/a Mt. Yonah Animal Hospital

**Defendant's Members:** Defendant's sole member is PetVet Care Centers Management, LLC, a limited liability company organized in the state of Delaware. PetVet Care Centers Management, LLC's sole member is PetVet Care Centers, LLC, a limited liability company organized in the state of Delaware.

**(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

N/A

**(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

**For Plaintiff**: Per the March 14, 2023 Complaint filed in White County Superior Court:

Lea C. Dearing
Carson L. Modrall
**Berman Fink Van Horn, P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, Georgia 30305

**For Defendant:**

Tiana S. Mykkeltvedt
Solesse L. Altman
**BONDURANT MIXSON & ELMORE, LLP**

2

#3527332v1

3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111


**(4)** The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**For Plaintiff Rachel C. Eddleman, D.V.M.**: Per the March 14, 2023 Complaint filed in White County Superior Court, Plaintiff Rachel C. Eddleman, D.V.M. resides in the state of Georgia, making her a citizen of Georgia for diversity purposes. Compl. ¶ 1.

**For Plaintiff Eddleman Property Management, LLC**: Per the March 14, 2023 Complaint filed in White County Superior Court, Plaintiff Eddleman Property Management, LLC is a limited liability company organized in the state of Georgia with its principal place of business at 2295 Pea Ridge Road, Cornelia, Georgia 30531. Compl. ¶ 2. Upon information and belief, Plaintiff Eddleman Property Management, LLC's sole member is Rachel C. Eddleman, a citizen of Georgia. It is therefore a citizen of Georgia for diversity purposes.

3

#3527332v1

**For Defendant PetVet Care Centers (Georgia), LLC d/b/a Mt. Yonah Animal Hospital**: Defendant is a limited liability company organized in the state of Delaware. Defendant's sole member is PetVet Care Centers Management, LLC, a limited liability company organized in the state of Delaware. PetVet Care Centers Management, LLC's sole member is PetVet Care Centers, LLC, a limited liability company organized in the state of Delaware. PetVet Care Centers, LLC's members are citizens of Delaware. Defendant is therefore a citizen of Delaware for diversity purposes.

This 2nd day of May, 2023.

*/s/ Tiana S. Mykkeltvedt*
TIANA S. MYKKELTVEDT
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
**BONDURANT MIXSON & ELMORE LLP**
1201 W. Peachtree St., Suite 3900
Atlanta, Georgia 30309
404-881-4100

*Counsel for Defendant PetVet Care Centers (Georgia), LLC d/b/a Mt. Yonah Animal Hospital*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1(B).

*/s/ Tiana S. Mykkeltvedt*
TIANA S. MYKKELTVEDT
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2023, I filed a true and correct copy of Defendant's **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** via the Court's ECF filing system and have served same by first-class U.S. Mail, proper postage prepaid, properly addressed to the following:

>Lea C. Dearing
>Carson L. Modrall
>BERMAN FINK VAN HORN, P.C.
>3475 Piedmont Rd., Suite 1100
>Atlanta, GA 30305

>*/s/ Tiana S. Mykkeltvedt*
>TIANA S. MYKKELTVEDT
>Georgia Bar No. 533512
>mykkeltvedt@bmelaw.com