IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| RACHEL C. EDDLEMAN, D.V.M., and EDDLEMAN PROPERTY MANAGEMENT, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> PETVET CARE CENTERS (GEORGIA), LLC d/b/a MT. YONAH ANIMAL HOSPITAL, <br><br> Defendant. | Civil Action <br> File No. 2:23-CV-78-RWS |

**CONSENT ORDER GRANTING DEFENDANT'S
<u>MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

Defendant PetVet Care Centers (Georgia), LLC ("Defendant") has filed a motion for leave to file under seal several filings, identified in Defendant's Notice of Filing Under Seal.

Having read the Motion, and for good cause shown, it is hereby ORDERED that the following are placed under seal:

1. Defendant's Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' Complaint; and

2. Exhibit A to Defendant's Motion to Dismiss Plaintiffs' Complaint (the Asset Purchase Agreement).

SO ORDERED, this 31st day of May, 2023.

_____
**RICHARD W. STORY**
United States District Judge

Prepared by:

Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Solesse L. Altman
Georgia Bar No. 442827
altman@bmelaw.com
**BONDURANT MIXSON & ELMORE LLP**
1201 W. Peachtree St., Suite 3900
Atlanta, Georgia 30309
404-881-4100

*Counsel for Defendant PetVet Care Centers (Georgia), LLC d/b/a Mt. Yonah Animal Hospital*